## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 19–cv–00349–RM–KMT

RAIN DESIGN, INC, and
KOK HONG LYE,

    Plaintiffs,

v.

SPINIDO, INC.,
GOMFFER, INC., and
DOES 1-10, inclusive,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter is before *sua sponte* upon review of this matter. This case was filed in 2017 in the Northern District of California and transferred to the District of Colorado on February 11, 2019. As relevant here, Plaintiffs obtained a default against Defendants in California and moved for default judgment here. Upon the recommendation of the Magistrate Judge, to which Plaintiffs did not object, by Order dated March 11, 2020, the Court denied Plaintiffs' motion for default judgment without prejudice.

    Specifically, the motion was denied because Plaintiffs failed to properly serve Defendants in compliance with the applicable Colorado rules. Nonetheless, although more than ninety days had passed since Plaintiffs filed their Complaint, the deadline to effectuate proper service under Rule 4 was extended based on good cause. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court set aside the Clerk's entry of default and allowed Plaintiffs (1) to move for an order of substituted service within 14 days, i.e., by March 25, 2020; and (2) to properly serve Defendants and file

proof of service within 60 days, i.e., by May 11, 2020. Today is May 19, 2020 and both deadlines, related to service on Defendants, ordered by the Court have passed with no action by Plaintiffs.

Pursuant to D.C.COLO.LCivR 41.1:

> A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge … may enter an order of dismissal with or without prejudice.

In this case, Plaintiffs have, inexplicably, ignored both deadlines in violation of the Court's Order. Further, Plaintiffs' deadline under the Federal Rules of Civil Procedure to serve Defendants has passed, even with the extension of time granted. Finally, Plaintiffs' inactions also support a finding of failure to prosecute. Accordingly, it is

**ORDERED** that on or before June 1, 2020, Plaintiffs shall **SHOW CAUSE** why this action should not be **dismissed without prejudice** for failure to prosecute, to comply with the Federal Rules of Civil Procedure, and to comply with this Court's Order of March 11, 2020.

DATED this 19th day of May, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge